UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| EVON F., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) 2:23-CV-00383-LEW |
| | ) |
| SOCIAL SECURITY ADMINISTRATION | ) |
| COMMISSIONER, | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING RECOMMENDED DECISION

On January 24, 2025, United States Magistrate Judge Karen Wolf filed with the court, with copies to counsel, her Report and Recommended Decision (ECF No. 29). The plaintiff filed her Objection to the Recommended Decision on February 7, 2025 (ECF No. 30). The Social Security Administration filed its Response on February 11, 2025 (ECF No. 31). I have reviewed and considered the Recommended Decision, Objection, and Response, together with the entire record; I have made a de novo determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendation of the United States Magistrate Judge for the reasons set forth in the Recommended Decision and determine that no further proceeding is necessary.

It is therefore ORDERED that the Plaintiff's objections are overruled, the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED (ECF No. 29). The Commissioner's final decision is affirmed.

SO ORDERED.

Dated this 6th day of March, 2025.

/s/ Lance E. Walker
Chief U.S. District Judge